No. 393. Bernstein et al. v. United States. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *Arthur*

*B. Cunningham* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

